| | | |
|---|---|---|
| People v Dingle | 2d Dept: 147 AD3d 1080 (Kings) | denied* 6/7/17 (Rivera, J.) |
| People v Dixon | 4th Dept: 147 AD3d 1518 (Cayuga) | denied 6/6/17 (Rivera, J.) |
| People v Dixson | 1st Dept: 147 AD3d 484 (Bronx) | denied 6/5/17 (Stein, J.) |
| People v Doe | 4th Dept: 147 AD3d 1461 (Monroe) | denied 6/6/17 (Rivera, J.) |
| People v Dolan | App Term, 1st Dept: 54 Misc 3d 144(A) (NY) | denied 6/23/17 (Rivera, J.) |
| People v Dolberry | 3d Dept: 147 AD3d 1149 (Albany) | denied 6/7/17 (Fahey, J.) |
| People v Dorsey | 1st Dept: 147 AD3d 478 (NY) | denied 6/6/17 (Wilson, J.) |
| People v Douglas | 2d Dept: 148 AD3d 822 (Dutchess) | denied 6/19/17 (DiFiore, Ch. J.) (Appeal Nos. 1 and 2) |
| People v Doumounian | 1st Dept: 149 AD3d 582 (NY) | denied 6/20/17 (Garcia, J.) |
| People v Driscoll | 3d Dept: 147 AD3d 1157 (Chemung) | denied 6/22/17 (Wilson, J.) |
| People v Duell | App Div, 4th Dept, 3/2/17 (Oswego) | dismissed 6/30/17 (Rivera, J.) |
| People v Dunning | 2d Dept: 148 AD3d 1047 (Queens) | denied 6/13/17 (DiFiore, Ch. J.) |
| People v Durham | 3d Dept: 146 AD3d 1070 (Rensselaer) | denied reconsideration 6/23/17 (Fahey, J.) |
| People v Eastwood | 2d Dept: 146 AD3d 899 (Orange) | denied 6/8/17 (Wilson, J.) |
| People v Egan | 2d Dept: 148 AD3d 1048 (Suffolk) | denied 6/13/17 (Fahey, J.) |
| People v Elleby | 1st Dept: 146 AD3d 687 (NY) | denied 6/23/17 (DiFiore, Ch. J.) |
| People v Elshabazz | 4th Dept: 148 AD3d 1725 (Erie) | dismissed 6/12/17 (Garcia, J.) |
| People v Espinal | App Term, 1st Dept: 54 Misc 3d 143(A) (NY) | denied 6/9/17 (Wilson, J.) |
| People v Estevez | 1st Dept: 145 AD3d 578 (NY) | denied 6/6/17 (Rivera, J.) |
| People v Everette | 1st Dept: 148 AD3d 513 (NY) | denied 6/7/17 (Fahey, J.) |
| People v Falcon | App Term, 1st Dept: 55 Misc 3d 133(A) (Bronx) | denied 6/8/17 (Garcia, J.) |
| People v Felder | 1st Dept: 148 AD3d 485 (Bronx) | denied 6/9/17 (Wilson, J.) |

---

* Denied, with leave to renew within 30 days after the Court of Appeals renders a decision in *People v Boone* (129 AD3d 1099 [2d Dept 2015], *lv granted* 26 NY3d 1086 [2015]).